UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

10-60112

CASE NO. 2R-DIMITROULEAS MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA

vs.

PAUL ZABCZUK,

    Defendant.

_____/

## INFORMATION

The United States Attorney charges:

On or about April 15, 2005, in the Southern District of Texas and elsewhere, the defendant,

## PAUL ZABCZUK,

a resident of The Woodlands, Texas, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, and accompanying schedules, for calendar year 2004, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, that he did not believe to be true and correct as to every material matter, in that the tax return included false items, to wit: (1) on Schedule B, Part III, line 7a of the 2004 tax return, defendant PAUL ZABCZUK failed to report that he had an interest in or a signature or other authority over financial accounts at UBS AG in Switzerland; and (2) on Line 22 of the Form 1040 of the 2004 tax return, defendant PAUL ZABCZUK failed to report income earned on his UBS

AG Swiss bank accounts; and (3) on Line 22 of the Form 1040 of the 2004 tax return, defendant PAUL ZABCZUK falsely under reported his total income as he claimed deductions to which he was not entitled.

In violation of Title 26, United States Code, Section 7206(1).

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

_____
KEVIN M. DOWNING
SENIOR TRIAL ATTORNEY
MARK F. DALY
JOHN E. SULLIVAN
TRIAL ATTORNEYS
UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION

_____
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name:    PAUL ZABCZUK    No.: _____

**Count #1:**
Fraud and False Statement; in violation of 26:7206(1)
*Max Penalty: 3 years' imprisonment; 1 year supervised release and $250,000 fine

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

**Count # :**

*Max Penalty:_____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| PAUL ZABCZUK, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | Superseding Case Information: |

**Court Division**: (Select One)

| | | | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|---|---|
| ____ | Miami | ____ | Key West | Number of New Defendants | ____ |
| X | FTL | ____ | WPB ____ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days       __X__        Petty       ____
   II   6 to 10 days      ____         Minor       ____
   III  11 to 20 days     ____         Misdem.     ____
   IV   21 to 60 days     ____         Felony      __X__
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

_____
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 544469

*Penalty Sheet(s) attached                                        REV 4/8/08

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 10-60112 |
| PAUL ZABCZUK, | ) | CR - DIMITROULEAS |
| | ) | |
| Defendant | ) | MAGISTRATE JUDGE SNOW |

**WAIVER OF AN INDICTMENT**

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. CR - DIMITROULEAS

MAGISTRATE JUDGE SNOW

10-60112

UNITED STATES OF AMERICA

vs.

PAUL ZABCZUK,

    **Defendant.**
_____/

## WAIVER OF VENUE

Defendant Paul Zabczuk, by and through his attorney, being advised of the nature of the charge, the proposed information, and of his rights, hereby in accordance with the provisions of the Plea Agreement with the United States waives his Constitutional right to a trial in the district where the offense, as stated in the proposed Information, was committed and further consents to this Court's acceptance of his guilty plea, pursuant to paragraph 1 of the Plea Agreement dated April __, 2010.

By: _____
SCOTT H. FREWING
ATTORNEY FOR DEFENDANT

By: _____
PAUL ZABCZUK
DEFENDANT