UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )  Case Number: CR **10-60112-CR-WPD**
             Plaintiff )
                               )  REPORT COMMENCING CRIMINAL
      -vs-                  )  ACTION
**Zabczuk, Paul** )  **91409 004**
        (Defendant) )  USMS NUMBER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (**FT. LAUDERDALE**)    W. PALM BEACH
      U.S. District Court               FT. PIERCE
                          (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **4/13/10**      am/pm

(2) Language Spoken: **English**

(3) Offense(s) Charged: **Fraud & False Statement**

(4) U.S. Citizen [X] Yes, [ ] No [ ] Unknown

(5) Date of Birth: **1954**

(6) Type of Charging Document: (check one)
     [ ] Indictment    [ ] Complaint to be filed/already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: **S/FL**

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **4/13/10**    (9) Arresting Officer: **S. Peters**
(10) Agency: **USMS**    (11) Phone: **954-356-7256**
(12) Comments: _____