# COURT MINUTES

## U.S. MAGISTRATE JUDGE ROBIN S. ROSENBAUM- FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | Paul Zabczuk (self-surrender) | CASE NO: | 10-60112-CR-WPD |
| AUSA: | Jeffrey Neiman | ATTY: | Allan J. Sullivan |
| USPO: | | VIOL: | 26:7206---Fraud/False Statements |
| PROCEEDING: | Initial Appearance/Arraignment on Information | RECOMMENDED BOND: | |
| BOND HEARING HELD - | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

☐ Do not violate any law. Dft.

Dft. Advised of charges; waiver of indictment and venue filed; dft. Waives reading of information; enters plea of N/G; request jury trial; SDO entered. Bond set @ 250,000-10% and 750,00 PSB. Gvt. states discovery has been provided, no status hearing set. Change of plea set for today @ 2:00 pm.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.

☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew:

☐ Travel extended to:

☐ Halfway House

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS HEARING: | | | | |
| DATE 4/13/10 | TIME 11:00 | RSR Tape #10-15:1453 | DAR 10:58:21 | Time 15 min |